THE PEOPLE, *ex rel.* Jennings, *against* SEYMOUR, WOODS and SELDEN.

THE SAME, *ex rel.* Egleston, *against* THE SAME.

To the writs of alternative mandamus granted in these causes on motions reported, *ante,* 518, 520 *to* 536, the defendants now made separate returns; *Seymour,* that after inquiry, the appraisers came to the conclusion that the state had not parted with the land upon which the *Chitteningo* creek passes at the places claimed, &c. as set forth in his affidavit, and for the reasons stated by that affidavit, as mentioned in the report above referred to; *Woods,* that he had ever been of opinion that the claim of the relators to damages was legal and equitable; and that he was ready and willing to appraise; and *Selden,* that he had a

<div style="float:right">

The owners of land adjoining a stream of water where the tide does not ebb and flow, own also the bed of the stream *usque filum aquæ.*

Peremptory mandamus granted on motion; the return to an alternative mandamus being insufficient.

</div>

ANBANY,  claim for damages depending in some measure on the same
Feb. 1827.  principle with the claims in question in these causes; and

Jackson  had therefore declined to appraise; not deeming it prudent,
v.  under the circumstances, to act, until the other apprais-
Smith.  ers should agree, or the question should be otherwise set-
tled.   That the creek at the place in question is an incon-
siderable fresh water stream far above tide water, and in
no sense of the term navigable.   That since the decision
of this court, he was ready to appraise.

On filing these returns,

*S. L. Edwards,* for *Jennings,* and

*N. P. Randall,* for *Egleston,* moved for writs of per-
emptory mandamus.

*Curia.*   These causes were before us at the terms of
*August* and *October* last.   We granted writs of peremp-
tory mandamus at *August* term; but at *October* term
changed the rule in each cause into one for an alternative
mandamus, upon a suggestion that the appraisers wished
to make special returns, and bring writs of error, should
the decision here be against them.   The facts which we
have already twice passed upon, are not denied or ques-
tioned by the returns.   We accordingly adjudge them in-
sufficient; and grant writs of peremptory mandamus.

                                    Rule accordingly.